IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00248-WDM-CBS

GEBHARDT AUTOMOTIVE, INC.,

    Plaintiff,

v.

VOLKSWAGEN OF AMERICA, INC.,

    Defendant.

---

**AMENDED NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees, but the court will retain jurisdiction to enforce the settlement agreement.

DATED at Denver, Colorado, on May 13, 2009.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States Senior District Judge